# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMMAR ASIM FARUQ HARRIS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 85060

FILED

AUG 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se original petition for a writ of mandamus challenging the indictment underlying petitioner's judgment of conviction.

Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (writ relief is proper only when there is no plain, speedy, and adequate remedy at law and the petitioner bears the burden of demonstrating that writ relief is warranted). Petitioner has not supplied an appendix with copies of any documentation supporting his petition. *See* NRAP 21(a)(4) (providing that the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Further, even assuming that the relief sought here could be properly obtained through a petition for a writ of mandamus, any application for such relief should first be directed to and resolved by the district court. *See State v. County of Douglas*, 90 Nev. 272, 276-77, 524 P.2d 1271, 1274 (1974) (noting that "this court prefers that such an application

22-25013

[for writ relief] be addressed to the discretion of the appropriate district court" in the first instance), *abrogated on other grounds by Attorney Gen. v. Gypsum Res.*, 129 Nev. 23, 33-34, 294 P.3d 404, 410-11 (2013). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:     Ammar Asim Faruq Harris
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk